The Honorable Ricardo S. Martinez

UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, JANE DOE and all Occupants of the Premises located at 8361 Seabreeze Court, Blaine WA 98230, <br><br> Defendants. <br><br> ROBERT BROWN, an individual, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation; RCO LEGAL PS, a Washington Professional Services Organization; WELLS FARGO BANK, N.A., <br><br> Third-Party Defendants. | Case No. CV15-881-RSM <br><br> **VERIFICATION OF STATE COURT RECORDS** |

Pursuant to LCR 101(b), counsel for Counterclaim Defendant Federal Home Loan Mortgage Corporation and Third-Party Defendant Wells Fargo Bank, N.A. certifies as follows:

1. Attached hereto as **Exhibit A** is a true and correct copy of a current docket sheet for the "State Court Action," Whatcom County Superior Court, No. 13-2-02838-3.

---

VERIFICATION OF STATE COURT RECORDS - 1
Case No. CV15-881-RSM

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

105727.1662/6366594.1

2. Attached hereto as **Exhibit B** are true and correct copies of the documents filed in the State Court Action not previously submitted to the Court.

Along with the pleadings from the State Court Action attached to Defendant's Notice of Removal to Federal Court (ECF No. 1), true and correct copies of all pleadings from the State Court Action are now before this Court.

DATED: June 16, 2015

LANE POWELL PC

By *s/ Andrew G. Yates*
David C. Spellman, WSBA No. 15884
spellmand@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com
Rudy A. Englund, WSBA No. 04123
englundr@lanepowell.com

1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111-9402
T: 206.223.7000
F: 206.223.7107

Attorneys for Counterclaim Defendant Federal Home Loan Mortgage Corporation and Third-Party Defendant Wells Fargo Bank, N.A.

VERIFICATION OF STATE COURT RECORDS - 2
Case No. CV15-881-RSM

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

105727.1662/6366594.1

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below I caused a copy of the foregoing document to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the attorneys of record.

I affirm under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

SIGNED June 16, 2015 at Seattle, Washington.

*s/ Peter Elton*
Peter Elton

VERIFICATION OF STATE COURT RECORDS - 3
Case No. CV15-881-RSM

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

105727.1662/6366594.1