**THE HONORABLE JUDGE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>              Plaintiff,<br><br>  v.<br><br>JOHN DOE, JANE DOE and all Occupants of the Premises located at 8361 Seabreeze Court, Blaine WA 98230,<br>              Defendants. | CASE NO. 2:15-cv-00881<br><br>[PROPOSED] ORDER GRANTING MOTION TO REMAND<br><br>NOTE ON MOTION CALENDAR: FRIDAY, JULY 10, 2015 |
| ROBERT BROWN, an individual,<br><br>              Third-Party Plaintiff,<br><br>  v.<br><br>NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation; RCO LEGAL, P.S., a Washington Professional Services Organization; WELLS FARGO BANK, N.A.,<br><br>              Third-Party Defendants. | |

This matter came before the Court on Defendant, Counter Plaintiff, and Third Party Plaintiff Robert Brown's Motion to Remand. In making its ruling, the Court has considered the following:

    1. Objection to Notice of Removal and Motion to Remand;

    2. Declaration of Emily Harris in Support of Objection to Notice of Removal and

[Proposed] Order Granting Motion to Remand
Case No. 2:15-cv-00881  1

**STAFNE TRUMBULL, PLLC**
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /FAX 360.386.4005

Motion to Remand and exhibit attached thereto;

3. Declaration of Ashley Burns in Support of Objection to Notice of Removal and Motion to Remand and exhibit attached thereto;

4. Plaintiff Freddie Mac's Response (if any);

5. Third-Party Defendants' Response (if any);

6. Robert Brown's Reply (if any);

7. _____; and

8. _____.

In making its ruling, the Court has also reviewed the pleadings and records on file in this Case. The Court is fully aware as to the premises of this motion.

Based on the evidence before the Court, Defendant, Counter Plaintiff, and Third Party Plaintiff Robert Brown's Motion to Remand is GRANTED.

This case is hereby remanded to the Superior Court of Washington State in and for the County of Whatcom.

Brown is entitled to an award of his costs and reasonable attorney fees under 28 U.S.C. § 1447(c). Brown is directed to file his fees and costs in ten days from the date of this order.

It is also ORDERED: _____

_____

_____

_____

_____.

[Proposed] Order Granting Motion to Remand
Case No. 2:15-cv-00881  2

**STAFNE TRUMBULL, PLLC**

239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
Tel. 360.403.8700 /Fax 360.386.4005

Dated this ____ day of _____, 2015.

_____
Honorable Judge Ricardo S. Martinez

Presented By:
STAFNE TRUMBULL, PLLC

_____
Emily A. Harris, WSBA# 46571
Attorney for Robert Brown

Approved as to Form:

_____
Rudy A. Englund, WSBA# 4123
David C. Spellman, WSBA# 15884
Andrew Yates, WSBA# 34239
Attorneys for Federal Home Loan Mortgage Corp. & Wells Fargo

_____
John A. McIntosh, WSBA# 43113
Attorney for RCO & NWTS

[Proposed] Order Granting Motion to Remand
Case No. 2:15-cv-00881  3

**STAFNE TRUMBULL, PLLC**
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
Tel. 360.403.8700 /Fax 360.386.4005

**CERTIFICATE OF SERVICE**

I, Ashley Burns, certify under penalty of perjury under the laws of the United States of America that on this 18th day of June, 2015 I electronically filed the foregoing [Proposed] Order Granting Motion to Remand with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the registered users of the CM/ECF system in this action

DATED this 18th day of June, 2015 at Arlington, Washington.

_____
Ashley Burns
Paralegal
Stafne Trumbull, PLLC

[Proposed] Order Granting Motion to Remand
Case No. 2:15-cv-00881  4

**STAFNE TRUMBULL, PLLC**
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /FAX 360.386.4005