THE HONORABLE JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, JANE DOE and all Occupants of the Premises located at 8361 Seabreeze Court, Blaine WA 98230,<br><br>Defendants. | CASE NO. 2:15-cv-00881<br><br>DECLARATION OF ASHLEY BURNS IN SUPPORT OF OBJECTION TO NOTICE OF REMOVAL AND MOTION TO REMAND<br><br>NOTE ON MOTION CALENDAR: FRIDAY, JULY 10, 2015 |
| ROBERT BROWN, an individual,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation; RCO LEGAL, P.S., a Washington Professional Services Organization; WELLS FARGO BANK, N.A.,<br><br>Third-Party Defendants. | |

I, Ashley Burns, hereby declare as follows:

1. I am over the age of eighteen (18) and competent to testify. I make this declaration on the basis of personal knowledge.

2. I am a paralegal at Stafne Trumbull, PLLC, who represents Robert Brown in the above captioned case.

Declaration of Ashley Burns Case No. 2:15-cv-00881  1

STAFNE TRUMBULL, PLLC

239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /FAX 360.386.4005

3. Attached as Exhibit A is a true and correct copy of the email chain, dated March 3, 2015, between myself and Christy Martin, judicial assistant to Judge Garrett at Whatcom County Superior Court, regarding Federal Home Loan Mortgage Corporation's Motion for Summary Judgment hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 18th day of June, 2015 at Arlington, Washington.

*Ashley Burns*
Ashley Burns

## CERTIFICATE OF SERVICE

I, Ashley Burns, certify under penalty of perjury under the laws of the United States of America that on this 18th day of June, 2015 I electronically filed the foregoing Declaration of Ashley Burns in Support of Objection to Notice of Removal and Motion to Remand with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the registered users of the CM/ECF system in this action

DATED this 18th day of June, 2015 at Arlington, Washington.

*Ashley Burns*
Ashley Burns
Paralegal
Stafne Trumbull, PLLC

Declaration of Ashley Burns Case No. 2:15-cv-00881  2

**STAFNE TRUMBULL, PLLC**

239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 / FAX 360.386.4005

Exhibit A

Case 2:15-cv-00881-RSM   Document 13   Filed 06/18/15   Page 4 of 5

6/10/2015                    Stafne Trumbull, PLLC Mail - Confirmation, Federal Home Loan Mortgage Corp. v. Brown et. al. No. 13-2-02838-3



Ashley Burns <ashley@stafnetrumbull.com>

# Confirmation, Federal Home Loan Mortgage Corp. v. Brown et. al. No. 13-2-02838-3

3 messages

---

**Ashley Burns** <ashley@stafnetrumbull.com>                          Tue, Mar 3, 2015 at 11:49 AM
To: scdept2@whatcomcounty.us
Cc: Brian Fisher <brian@stafnetrumbull.com>, Joshua Trumbull <josh@stafnetrumbull.com>

Good Afternoon,
I would like to confirm the motion for summary judgment hearing in the above case. The hearing is scheduled in front of Judge Garrett on Friday, March 6, 2015 at 1:30 pm.
Thank You,

--

Ashley Burns
Legal Assistant
Stafne Trumbull PLLC
239 North Olympic Ave
Arlington, WA 98223
Office (360) 403-8700
Fax (360) 386-4005

---

**SCDept2** <SCDept2@co.whatcom.wa.us>                                Tue, Mar 3, 2015 at 1:16 PM
To: Ashley Burns <ashley@stafnetrumbull.com>, SCDept2 <SCDept2@co.whatcom.wa.us>
Cc: Brian Fisher <brian@stafnetrumbull.com>, Joshua Trumbull <josh@stafnetrumbull.com>

Ashley:


Only the noting party can confirm or strike a motion. I received a call from attorneys for Plaintiff at about 11:00 today, who indicated they were striking this Friday's hearing and may re-note it in 30-60 days.



Christy Martin

Judicial Assistant

Dept. 2 / Judge Garrett




**From:** Ashley Burns [mailto:ashley@stafnetrumbull.com]
**Sent:** Tuesday, March 03, 2015 11:49 AM
**To:** SCDept2
**Cc:** Brian Fisher; Joshua Trumbull
**Subject:** Confirmation, Federal Home Loan Mortgage Corp. v. Brown et. al. No. 13-2-02838-3

[Quoted text hidden]

---

**Ashley Burns** <ashley@stafnetrumbull.com>       Mon, Jun 8, 2015 at 11:23 AM
To: Emily Harris <emily@stafnetrumbull.com>

[Quoted text hidden]