HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE, JANE DOE and all Occupants of the Premises located at 8361 Seabreeze Court, Blaine WA 98230,<br><br>　　　　　　　Defendants.<br><br>ROBERT BROWN, an individual,<br><br>　　　　　　　Third-Party Plaintiff,<br><br>　v.<br><br>NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation; RCO LEGAL PS, a Washington Professional Services Organization; WELLS FARGO BANK, N.A.<br><br>　　　　　　　Third-Party Defendants. | Case No. 2:15-cv-00881-RSM<br><br>**ORDER DENYING BROWN'S MOTION TO REMAND**<br><br>**[PROPOSED]**<br><br>Noted for consideration:<br>July 10, 2015 |

This matter having come before the Court on Dkt. # 11, the Motion to Remand filed by Counterclaim Plaintiff Robert Brown, all parties having received notice of and an opportunity to respond to the motion, the court having reviewed all pleadings filed by all parties related to the motion, and the Court having reviewed the pleadings and papers on file herein, it is hereby:

ORDER DENYING BROWN'S MOTION TO REMAND - 1
Case No. 2:15-cv-00881-RSM

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

105727.1662/6382719.1

ORDERED that Dkt. # 11, the Motion to Remand filed by Counterclaim Plaintiff Robert Brown is DENIED.

IT IS SO ORDERED.

Done in open court _____, 2015.

                                                                      _____
                                                                      HONORABLE RICARDO S. MARTINEZ
                                                                      UNITED STATES DISTRICT COURT JUDGE

Presented by:

LANE POWELL PC


By *s/ Abraham K. Lorber*
    David C. Spellman, WSBA No. 15884
    spellmand@lanepowell.com
    Andrew G. Yates, WSBA No. 34239
    yatesa@lanepowell.com
    Rudy A. Englund, WSBA No. 04123
    englundr@lanepowell.com
    Abraham K. Lorber
    lorbera@lanepowell.com

    1420 Fifth Avenue, Suite 4200
    PO Box 91302
    Seattle, WA 98111-9402
    T: 206.223.7000
    F: 206.223.7107

Attorneys for Counterclaim Defendant Federal Home Loan Mortgage Corporation and Third-Party Defendant Wells Fargo Bank, N.A.

ORDER DENYING BROWN'S MOTION TO REMAND - 2
Case No. 2:15-cv-00881-RSM

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

105727.1662/6382719.1