**THE HONORABLE JUDGE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE, JANE DOE and all Occupants of the Premises located at 8361 Seabreeze Court, Blaine WA 98230,<br>　　　　　　　Defendants. | CASE NO. 2:15-cv-00881<br><br>NOTICE OF WITHDRAWAL OF BRIAN J. FISHER |
| ROBERT BROWN, an individual,<br><br>　　　　　　　Third-Party Plaintiff,<br><br>　v.<br><br>NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation; RCO LEGAL, P.S., a Washington Professional Services Organization; WELLS FARGO BANK, N.A.,<br><br>　　　　　　　Third-Party Defendants. | |

TO: The Clerk of the Court
AND TO: All Defendants

　　Please note that, pursuant to LCR 83.2(b)(2), Attorney Brian J. Fisher withdraws from the above matter. Effective October 10, 2015. Documents in this case may continue to be served, in this matter, on plaintiff at:

Notice Of Withdrawal Of Brian J. Fisher
Case No. 2:15-cv-00881  1

**S T A F N E   T R U M B U L L ,   P L L C**

239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /FAX 360.386.4005

<pre>
                    Joshua B. Trumbull, WSBA#40992
                     Emily A. Harris, WSBA#46571
                        Stafne Trumbull, PLLC
                       239 North Olympic Avenue
                         Arlington, WA, 98223
                       Josh@stafnetrumbull.com
                       Emily@stafnetrumbull.com
</pre>

DATED this 29th day of September, 2015 at Arlington, Washington.

<pre>
                                              s/ Brian J. Fisher
                                         Brian J. Fisher, WSBA#46495
                                             Stafne Trumbull, PLLC
</pre>

Notice Of Withdrawal Of Brian J. Fisher
Case No. 2:15-cv-00881  2

**STAFNE TRUMBULL, PLLC**

239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /FAX 360.386.4005

**CERTIFICATE OF SERVICE**

I, Shaina Johnson, certify under penalty of perjury under the laws of the United States of America that on this 29th day of September, 2015 I electronically filed the foregoing Notice Of Withdrawal Of Brian J. Fisher with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the registered users of the CM/ECF system in this action

DATED this 29th day of September, 2015 at Arlington, Washington.

*s/* Shaina Johnson
Shaina Johnson
Paralegal
Stafne Trumbull, PLLC

Notice Of Withdrawal Of Brian J. Fisher
Case No. 2:15-cv-00881  3

**STAFNE TRUMBULL, PLLC**

239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /FAX 360.386.4005